UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOE GRANADO**                                                                                       **PETITIONER**
Reg #39699-380

V.                          Case No. 2:24-CV-00083-JM-BBM

**C. GARRETT,** *Warden*                                                                           **RESPONDENT**

## ORDER

Petitioner Joe Granado has not complied with the April 25, 2024 Order directing him to either pay the filing fee in this case or to file a completed Application to Proceed without Prepayment of Fees and Affidavit, including the Certificate of Prisoner Accounts. *Doc. 2*. The time to do so has expired. Accordingly, this case is dismissed without prejudice because Petitioner Granado failed to pay the filing fee as ordered. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b).

IT IS SO ORDERED this 24th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE